IZARD NOBEL LLP
Mark P. Kindall (138703)
29 South Main Street, Suite 215
West Hartford, Connecticut 06107
Tel.: (860) 493-6292
Fax: (860) 493-6290
mkindall@izardnobel.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

---

| | |
|---|---|
| DAVID APPLESTEIN, Individually and on Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> MEDIVATION, INC., DAVID T. HUNG, C. PATRICK MACHADO, LYNN SEELY and ROHAN PALEKAR, <br><br> Defendants. | No. CV 10-0998 MHP <br><br> **CLASS ACTION** <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUATION OF CASE MANAGEMENT CONFERENCE** <br><br> CTRM: 15, 18th Floor <br> JUDGE: Hon. Marilyn H. Patel |

---

WHEREAS, on May 10, 2010, motions for appointment as Lead Plaintiff were filed by Randy Schindler (Docket No. 7), Michael Solomon, Greg Hershberger and Harvey Schwartz (Docket No. 13), Catoosa Fund, LP (Docket No. 24), Mark Slotkin (Docket No. 28), and Hopson Family Investments (Docket No. 37) in the above-referenced action; and

WHEREAS, on June 9, 2010, the Court Clerk issued a Notice scheduling a Case Management Conference on August 9, 2010 (Docket No. 53); and

WHEREAS, the Court held a hearing concerning the motions for appointment as Lead Plaintiff, Lead Counsel and consolidation on July 12, 2010, at which time, the Court requested additional information concerning the Lead Plaintiff Movants (Docket No. 79); and

WHEREAS, the Court stated at the hearing concerning the motions for appointment as Lead Plaintiff, Lead Counsel and consolidation on July 12, 2010 that *Vadym Shabanov v. Medivation, Inc., et al.,* cv 10-1049 MHP and *Slotkin v. Medivation, Inc., et al.,* cv 10-02005 MHP, had already been related to and would be consolidated with *David Applestein v. Medivation, Inc., et al.,* cv 10-0998 MHP; and

WHEREAS, the Court indicated at the hearing concerning the motions for appointment as Lead Plaintiff, Lead Counsel and consolidation on July 12, 2010 that it would set the Case Management Conference either after Defendants file an answer, or when a hearing is scheduled on a motion to dismiss; and

WHEREAS, the Lead Plaintiff Movants submitted supplemental information concerning the appointment as Lead Plaintiff (Docket Nos. 82-87); and

WHEREAS, on August 4, 2010, counsel for Defendants and counsel for Plaintiffs discussed whether counsel would be willing to stipulate to continue the Case Management Conference until either after Defendants file an answer, or when a hearing is scheduled on a motion to dismiss in order to conserve judicial and litigant resources; and

THEREFORE, the parties jointly stipulate and respectfully request, subject to the Court's approval, that the case management conference should be continued until either after Defendants file an answer, or when a hearing is scheduled on a motion to dismiss.

IT IS SO STIPULATED.

DATED: August 5, 2010                IZARD NOBEL LLP
                                     JEFFREY S. NOBEL
                                     MARK P. KINDALL
                                     NANCY A. KULESA
                                     /s/ MARK P. KINDALL
                                     MARK P. KINDALL
                                     29 South Main Street, Suite 215
                                     West Hartford, CT 06107
                                     Telephone: 860/493-6292
                                     860/493-6290 (fax)

                                     Attorneys for Mark Slotkin

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUATION OF CASE MANAGEMENT CONFERENCE
Civil Action No. 10-CV-0998-MHP - 2

I, Mark P. Kindall, am the ECF User whose ID and password are being used to file the Joint Stipulation and [Proposed] Order Regarding Continuation of Case Management Conference. In compliance with General Order 45, X.B., I hereby attest that Danielle S. Meyers has concurred in this filing.

DATED: August 5, 2010                    ROBBINS GELLER RUDMAN
                                                                                                                                           & DOWD LLP
DARREN J. ROBBINS
DANIELLE S. MYERS
/s/ DANIELLE S. MYERS
DANIELLE S. MYERS
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Attorneys for Hopson Family Investments

I, Mark P. Kindall, am the ECF User whose ID and password are being used to file the Joint Stipulation and [Proposed] Order Regarding Continuation of Case Management Conference. In compliance with General Order 45, X.B., I hereby attest that U. Seth Ottensoser has concurred in this filing.

DATED: August 5, 2010                    BERNSTEIN LIEBHARD LLP
SANDY A. LIEBHARD
U. SETH OTTENSOSER
JOSEPH R. SEIDMAN, JR.
/s/ U. SETH OTTENSOSER
U. SETH OTTENSOSER
10 E. 40th Street
New York, NY 10016
Telephone: 212/779-1414
Fax: 212/779-3218

Attorneys for Catoosa Fund, LP

I, Mark P. Kindall, am the ECF User whose ID and password are being used to file the Joint Stipulation and [Proposed] Order Regarding Continuation of Case Management Conference. In compliance with General Order 45, X.B., I hereby attest that Rosemary M. Rivas has concurred in this filing.

DATED: August 5, 2010        FINKELSTEIN THOMPSON LLP
ROSEMARY M. RIVAS
MARK PUNZALAN
/s/ ROSEMARY M. RIVAS
ROSEMARY M. RIVAS
100 Bush Street, Suite 1450
San Francisco, CA 94104
Telephone: 415/398-8700
415/398-8704 (fax)

Attorneys for Randy Schindler

I, Mark P. Kindall, am the ECF User whose ID and password are being used to file the Joint Stipulation and [Proposed] Order Regarding Continuation of Case Management Conference. In compliance with General Order 45, X.B., I hereby attest that William J. Doyle has concurred in this filing.

DATED: August 5, 2010        DOYLE LOWTHER LLP
WILLIAM J. DOYLE II
/s/ WILLIAM J. DOYLE II
WILLIAM J. DOYLE II
9466 Black Mountain Road, Suite 210
San Diego, CA 92126
Telephone: 619/573-1700
619/573-1701 (fax)

KENDALL LAW GROUP LLP
JOE KENDALL
JAMIE J. MCKEY
3232 McKinney, Suite 700
Dallas, TX 75204
Telephone: 214/744-3000
214/744-3015 (fax)

Attorneys for Michael Solomon

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUATION OF CASE MANAGEMENT
CONFERENCE
Civil Action No. 10-CV-0998-MHP - 4

I, Mark P. Kindall, am the ECF User whose ID and password are being used to file the Joint Stipulation and [Proposed] Order Regarding Continuation of Case Management Conference. In compliance with General Order 45, X.B., I hereby attest that Angela L. Dunning has concurred in this filing.

DATED: August 5, 2010

COLEY GODWARD KRONISH LLP
ANGELA L. DUNNING
/s/ ANGELA L. DUNNING
ANGELA L. DUNNING
JOHN C. DWYER
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: 650/843-5855
650/849-7400 (fax)
Attorneys for Defendants

**GOOD CAUSE APPEARING THEREFORE: the Court ORDERS as follows**:

    1.    The August 9, 2010 Case Management Conference shall be taken off the calendar; and

    2.    The new case management conference date shall be scheduled either after Defendants file an answer, or when a hearing is scheduled on a motion to dismiss;

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __8/6/2010_____     _____
　　　　　　　　　　　　　　　　　　　THE HONORABLE MARILYN H. PATEL
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE



# CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of August, 2010 this document was filed electronically and served via U.S. mail on all parties not registered electronically. Notice of this filing will be sent by e-mail to all parties denoted on the attached Electronic Mail Notification List by the Court's electronic filing system.

/s/ Mark P. Kindall
Mark P. Kindall (138703)
29 South Main Street, Suite 215
West Hartford, Connecticut  06107
Tel.:  (860) 493-6292
Fax:   (860) 493-6290
mkindall@izardnobel.com

**Mailing Information for a Case 3:10-cv-00998-MHP**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Brian Joseph Barry , Esq**
  bribarry1@yahoo.com
- **William James Doyle , II**
  bill@doylelowther.com
- **Angela Lucille Dunning**
  adunning@cooley.com,bgiovannoni@cooley.com
- **John C. Dwyer**
  dwyerjc@cooley.com,giovannonib@cooley.com
- **Donald J. Enright**
  dje@ftllaw.com,lwf@ftllaw.com
- **Michael M. Goldberg**
  info@glancylaw.com
- **Dennis J. Herman**
  dennish@rgrdlaw.com,e_file_sd@rgrdlaw.com,jdecena@rgrdlaw.com,e_file_sf@rgrdlaw.com
- **Mark P. Kindall**
  firm@izardnobel.com,mkindall@izardnobel.com
- **Catherine J. Kowalewski**
  katek@rgrdlaw.com

- **John Allen Lowther , IV**
  john@doylelowther.com
- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com
- **Alan R Plutzik**
  aplutzik@bramsonplutzik.com,ptoovey@bramsonplutzik.com
- **Mark Punzalan**
  mpunzalan@finkelsteinthompson.com,srenwick@finkelsteinthompson.com,denright@finkelsteinthompson.com
- **Rosemary M. Rivas**
  rrivas@finkelsteinthompson.com,srenwick@finkelsteinthompson.com,mpunzalan@finkelsteinthompson.com,ttien@finkelsteinthompson.com,jdito@finkelsteinthompson.com
- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com
- **Laurence M. Rosen**
  lrosen@rosenlegal.com,larry.rosen@earthlink.net
- **Andrew Joseph Sokolowski**
  asokolowski@milberg.com,mbowman@milberg.com,agenovese@milberg.com,cchaffins@milberg.com
- **David Conrad Walton**
  davew@rgrdlaw.com
- **Shawn A. Williams**
  shawnw@rgrdlaw.com,travisd@rgrdlaw.com,ptiffith@rgrdlaw.com,cwood@rgrdlaw.com,jdecena@rgrdlaw.com,e_file_sf@rgrdlaw.com,khuang@rgrdlaw.com,e_file_sd@rgrdlaw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing).

**Joseph R. Seidman, Jr**
Bernstein Liebhard LLP
10 East 40th Street
New York, NY 10016