**LAW OFFICES OF BRIAN BARRY**
BRIAN BARRY
1801 Avenue of the Stars, Suite 307
Los Angeles, CA 90067
Telephone: (310) 788-0831

**BERNSTEIN LIEBHARD LLP**
SANDY A. LIEBHARD
U. SETH OTTENSOSER
JOSEPH R. SEIDMAN, JR.
10 East 40th Street, 22nd Floor
New York, NY 10016
Telephone: (212) 779-1414

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID APPLESTEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MEDIVATION, INC., et al.,<br><br>Defendants. | No. 3: 10-cv-00998-MHP<br><br>CLASS ACTION<br><br>**AMENDED** [PROPOSED] ORDER GRANTING CATOOSA FUND, LP'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL A MEMORANDUM OF LAW, DECLARATION OF U. SETH OTTENSOSER AND EXHIBITS THERETO IN RESPONSE TO THE COURT'S MARCH 22, 2011 ORDER |

36501v1

Having considered the papers submitted in support of Catoosa Fund, LP's Administrative Motion for Leave to File Under Seal A Memorandum Of Law, Declaration of U. Seth Ottensoser ("Declaration") and Exhibits Thereto in Response to the Court's March 22, 2011 Order (the "Administrative Motion"), and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. The Administrative Motion is GRANTED. **Except that a redacted copy of the Memorandum of Law shall be filed in the public record.**

2. Pursuant to Civil L.R. 79-5(b), Catoosa Fund LP's Response Memorandum of Law, *as per # 1 above* Declaration and Exhibits are sealed.

DATED:   4/6/2011

THE HONORABLE MARILYN H. PATEL
UNITED STATES

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

Submitted by:

**LAW OFFICES OF BRIAN BARRY**
BRIAN BARRY
1801 Avenue of the Stars, Suite 307
Los Angeles, CA  90067
Telephone: (310) 788-0831

(Counsel for Catoosa and Proposed Liaison Counsel for the Class)

**BERNSTEIN LIEBHARD LLP**
SANDY A. LIEBHARD
U. SETH OTTENSOSER
JOSEPH R. SEIDMAN, JR.
10 East 40th Street, 22nd Floor
New York, NY  10016
Telephone: (212) 779-1414

(Counsel for Catoosa and Proposed Lead Counsel for the Class)