UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID APPLESTEIN, On Behalf of Himself and All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MEDIVATION, INC., DAVID T. HUNG, C. PATRICK MACHADO, LYNN SELLY, and ROHAN PALEKAR<br><br>　　　　Defendants, | No. 3:10-CV-00998-MHP<br><br>**ORDER APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL** |

　　　On March 22, 2011, this court indicated its intention to appoint Catoosa Fund, LP ("Catoosa") and its attorneys as lead plaintiff and lead counsel subject to the submission of additional information. Catoosa has complied with that request by submitting for *in camera* review its unredacted account statements for the period March 2008 and March 2011; an identification and detailed description of its partner; and an explanation of its claim that it has the authority to sue. The court finds no reason to submit these materials for further review.

　　　The court is satisfied that Catoosa has timely satisfied its obligations under that order and satisfied the remaining questions of the court regarding its qualification to serve as lead plaintiff.

　　　Therefore, in accordance with the court's earlier order finding Catoosa to be the presumptive lead plaintiff and the court's March 22 order, this court hereby appoints Catoosa Fund, LP as lead plaintiff and attorneys Brian Berry, Law Offices of Brian Barry, and Sandy A. Liebhard, U.Seth Ottensoser, and Joseph R. Seidman, Jr. of the firm of Bernstein Liebhard LLP as lead counsel in

these consolidated actions.

Lead plaintiff shall file a consolidated amended complaint within thirty (30)days of the filing of this order. Lead counsel shall consult with other plaintiffs' counsel in these consolidated actions and with opposing counsel and arrange a date for a case management conference with this court's Courtroom Deputy, Anthony Bowser.

IT IS SO ORDERED.

Dated: April 7, 2011

MARILYN HALL PATEL
United States District Court Judge

2