1  LAW OFFICES OF BRIAN BARRY
   Brian Barry (135631) (bribarry1@yahoo.com)
2  1801 Avenue of the Stars, Suite 307
   Los Angeles, CA  90067
3  Telephone:     (310) 788-0831
   Facsimile:     (310) 788-0841
4
   Liaison Counsel for Lead Plaintiff and the Proposed Class
5
   BERNSTEIN LIEBHARD LLP
6  SANDY A. LIEBHARD (liebhard@bernlieb.com)
   U. SETH OTTENSOSER (ottensoser@bernlieb.com)
7  MICHAEL S.  BIGIN (bigin@bernlieb.com)
   JOSEPH R. SEIDMAN, JR. (seidman@bernlieb.com)
8  BRIAN LEHMAN (lehman@bernlieb.com)
   10 East 40th Street, 22nd Floor
9  New York, NY  10016
   Telephone:     (212) 779-1414
10 Facsimile:     (212) 779-3218

11 Lead Counsel for Lead Plaintiff and the Proposed Class

12 COOLEY LLP
   JOHN C. DWYER (136533) (dwyerjc@cooley.com)
13 ANGELA L. DUNNING (212047) (adunning@cooley.com)
   JONATHAN MILES (268034) (jmiles@cooley.com)
14 Five Palo Alto Square
   3000 El Camino Real
15 Palo Alto, CA  94306-2155
   Telephone:     (650) 843-5000
16 Facsimile:     (650) 849-7400

17 Attorneys for Defendants
   MEDIVATION INC., DAVID T. HUNG,
18 C. PATRICK MACHADO and LYNN SEELY

19
20                    UNITED STATES DISTRICT COURT

21                   NORTHERN DISTRICT OF CALIFORNIA

22  | DAVID APPLESTEIN, Individually and on Behalf of All Others Similarly Situated, | Case No.  CV-10-0998 EMC |
23  | | **STIPULATED REQUEST FOR ORDER CHANGING TIME** ; ORDER |
    | Plaintiff, | |
24
    |      v. | |
25
    | MEDIVATION INC., DAVID T. HUNG, C. PATRICK MACHADO, LYNN SEELY and GREGORY BAILEY, | |
26
27
    | Defendants. | |
28

**STIPULATED REQUEST FOR ORDER CHANGING TIME**

**Please Take Notice that** pursuant to Civil Local Rule 6-2, Lead Plaintiff and Defendants Medivation, Inc., David T. Hung, C. Patrick Machado, and Lynn Seely ("Defendants") request an order changing time of deadlines fixed under Civil Local Rule 7-3.

WHEREAS, Lead Plaintiff filed its Consolidated and Amended Class Action Complaint on May 9, 2011;

WHEREAS, Defendants filed a motion to dismiss as well as a motion to take judicial notice, on June 8, 2011;

WHEREAS, Lead Plaintiff's memoranda of law in opposition to Defendants' motions to dismiss and for judicial notice ("Opposition Memoranda") are due to be filed and served on June 22, 2011 pursuant to Civil Local Rule 7-3(a);

WHEREAS, Defendants' memoranda of law in reply to Plaintiff's Opposition Memoranda ("Reply Memoranda") are due to be filed and served on June 29, 2011 pursuant to Civil Local Rule 7-3(c);

WHEREAS hearing on the above-referenced matter before this Court is currently noticed for July 15, 2011;

WHEREAS discovery and other proceedings are stayed while the motion to dismiss is pending pursuant to the Private Securities Litigation Reform Act Section 27(b)(1) and there is currently no scheduling order for this action;

WHEREAS on June 15, 2011, Lead Plaintiff Filed a Motion For an Enlargement of Time to File its Memoranda of Law in Opposition to Defendants' Motions to Dismiss and for Judicial Notice, and Defendants do not oppose this motion;

WHEREAS there have been no prior requests for an extension of time by either party;

WHEREAS the parties have conferred and agree upon the dates set forth in the Stipulated Request for Order Changing Time.

IT IS SO STIPULATED:

1. Plaintiff's Opposition Memorandum shall be filed on or before July 8, 2011;

2. Defendants Reply Memorandum shall be filed on or before July 22, 2011;

3. The hearing on this matter shall be held on August 12, 2011 at 1:30 p.m. or on such other date as may be convenient for the court.

Respectfully submitted,

Dated: June 16, 2011            BERNSTEIN LIEBHARD LLP

                                /s/ U. Seth Ottensoser
                                U. Seth Ottensoser

                                Lead Counsel for Lead Plaintiff and the Proposed Class

Dated: June 16, 2011            LAW OFFICES OF BRIAN BARRY

                                /s/ Brian Barry
                                Brian Barry

                                Liaison Counsel for Lead Plaintiff and the Proposed Class

Dated: June 16, 2011            COOLEY LLP

                                /s/ Angela L. Dunning
                                Angela L. Dunning (212047)

                                Attorneys for Defendants
                                MEDIVATION INC., DAVID T. HUNG,
                                C. PATRICK MACHADO and LYNN SEELY

**IT IS SO ORDERED.**

DATED: ____6/17____ 2011        _____
                                IT IS SO ORDERED
                                Judge Edward M. Chen
                                UNITED STATES DISTRICT JUDGE

2.                                                      STIPULATION FOR EXTENSION OF TIME
                                                        CV-10-0998 EMC

## FILER'S ATTESTATION

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this Stipulation for Extension of Time.

Dated: June 16, 2011

COOLEY LLP

/s/ Angela L. Dunning
Angela L. Dunning (212047)

Attorneys for Defendants
MEDIVATION INC., DAVID T. HUNG,
C. PATRICK MACHADO and LYNN SEELY

949105 v1/HN