LAW OFFICES OF BRIAN BARRY
Brian Barry (135631)
(bribarry1@yahoo.com)
1801 Avenue of the Stars, Suite 307
Los Angeles, CA 90067
Telephone: (310) 788-0831
Facsimile: (310) 788-0841

Liaison Counsel for Lead Plaintiff and the Proposed Class

BERNSTEIN LIEBHARD LLP
U. SETH OTTENSOSER (ottensoser@bernlieb.com)
MICHAEL S. BIGIN (bigin@bernlieb.com)
JOSEPH R. SEIDMAN, JR. (seidman@bernlieb.com)
10 East 40th Street, 22nd Floor
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218

Lead Counsel for Lead Plaintiff and the Proposed Class

COOLEY LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
ANGELA L. DUNNING (212047) (adunning@cooley.com)
JONATHAN MILES (268034) (jmiles@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendants
MEDIVATION INC., DAVID T. HUNG,
C. PATRICK MACHADO and LYNN SEELY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID APPLESTEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MEDIVATION INC., DAVID T. HUNG, C. PATRICK MACHADO, LYNN SEELY and GREGORY BAILEY,<br><br>Defendants. | Case No. CV-10-0998 EMC<br><br>STIPULATION AND [P~~ROPO~~SED] ORDER PERMITTING LEAD PLAINTIFF TO FILE THIRD AMENDED COMPLAINT, SETTING BRIEFING SCHEDULE, AND POSTPONING THE CASE MANAGEMENT CONFERENCE CURRENTLY SET FOR DECEMBER 2, 2011 |

1  WHEREAS, the original complaint was filed in this action on March 9, 2010 under the caption *David Applestein et al. v. Medivation, Inc. et al.*, Case No. CV-10-0998.

WHEREAS, on April 7, 2011, the Court entered an Order appointing Catoosa Fund, LP as Lead Plaintiff in this action.

WHEREAS, Lead Plaintiff filed a Consolidated and Amended Complaint ("CAC") on May 9, 2011.

WHEREAS, Defendants moved to dismiss the CAC on June 8, 2011; Lead Plaintiff filed an opposition to the motion on July 8, 2011; Defendants filed a reply in support of their motion on July 22, 2011, and the Court held a hearing on the motion on August 12, 2011.

WHEREAS, on August 18, 2011, the Court entered an Order granting Defendants' motion to dismiss the CAC without prejudice. The Order provided that Lead Plaintiff would have thirty days from the date of the Order to file a Second Amended Complaint ("SAC") and Defendants would then have 30 days from the date of filing of the SAC in which to respond thereto.

WHEREAS, the Court's August 18 Order also scheduled a further status conference for December 2, 2011, at 9:00 a.m., and instructed the parties to file a joint status conference statement one week before the conference, or by November 23, 2011.

WHEREAS, on September 15, 2011, Lead Plaintiff filed a motion for extension of time, seeking an additional 45 days in which to file the SAC.

WHEREAS, the Court granted Lead Plaintiff's motion on September 16, 2011 over Defendants' written objection.

WHEREAS, Lead Plaintiff filed the SAC on November 2, 2011, triggering a December 1, 2011 deadline in which for Defendants to respond.

WHEREAS, on November 18, 2011, Lead Plaintiff filed a Motion for Leave To File a Third Amended Complaint and supporting memorandum, along with a copy of Lead Plaintiff's proposed Third Consolidated and Amended Complaint ("TAC"), which was attached as an exhibit to the Declaration of U. Seth Ottensoser in Support of Lead Plaintiff's Motion for Leave to File a Third Amended Complaint. The motion is currently scheduled to be heard on December 23, 2011 at 1:30 p.m.

1.  STIPULATION AND [PROPOSED] ORDER RE TAC AND POSTPONING CMC
CV-10-0998 EMC

WHEREAS, the parties have met and conferred regarding Lead Plaintiff's motion for leave to file the TAC and the pending status conference currently scheduled for December 2, 2011, and in the interests of efficiency and judicial economy, now wish to stipulate as follows.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the parties in this action, by and through their respective counsel of record, that:

**1.** Pursuant to Federal Rule of Civil Procedure 15(a)(2), Defendants consent to Lead Plaintiff filing the TAC. Lead Plaintiff shall file the TAC on or before November 28, 2011.

**2.** Upon its filing, the TAC will be the operative complaint in this action. Defendants will have no obligation to respond to the SAC.

**3.** The December 23, 2011 hearing on Lead Plaintiff's motion for leave to file the TAC is hereby vacated.

**4.** Defendants' will move to dismiss or otherwise respond to the TAC on or before January 13, 2012. Lead Plaintiff will file any opposition thereto on or before February ~~13~~ 10, 2012, and Defendants will file any reply in support of their motion on or before March ~~5~~ 2, 2012.

**5.** Defendants' motion to dismiss the TAC will be heard by the Court on Friday, March 16, 2012 at 1:30 p.m. or on such other date as may be convenient for the Court.

**6.** The status conference currently scheduled in this matter for December 2, 2011 at 9:00 a.m. will be postponed to March 16, 2012 at 1:30 p.m. to coincide with the hearing on the motion to dismiss the TAC, or to such other date and time as the Court may set for that hearing. The parties will file a joint status conference statement one week before the status conference.

Dated: November 23, 2011        BERNSTEIN LIEBHARD LLP


                                /s/
                                U. Seth Ottensoser (*pro hac vice*)

                                Lead Counsel for Lead Plaintiff and the
                                Proposed Class

2.

**STIPULATION AND [PROPOSED] ORDER RE TAC AND POSTPONING CMC**
**CV-10-0998 EMC**

Dated: November 23, 2011  COOLEY LLP

/s/
———————————————
Angela L. Dunning (212047)

Attorneys for Defendants
MEDIVATION INC., DAVID T. HUNG,
C. PATRICK MACHADO and LYNN SEELY

## FILER'S ATTESTATION

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this Stipulation and [Proposed] Order Permitting Plaintiff To File Its Third Amended Complaint, Setting a Briefing Schedule, and Postponing the Case Management Conference Currently Set for December 2, 2011.

Dated: November 23, 2011  COOLEY LLP

/s/
———————————————
Angela L. Dunning

Attorneys for Defendants
MEDIVATION INC., DAVID T. HUNG,
C. PATRICK MACHADO and LYNN SEELY

**IT IS SO ORDERED.**  (as modified in paragraph 4 above)

Dated:  __11/23_____, 2011    _____
HONORABLE
UNITED STATES

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA. Stamp: "IT IS SO ORDERED AS MODIFIED" signed Judge Edward M. Chen]*

988985 v2/HN

3.    STIPULATION AND [PROPOSED] ORDER RE TAC
AND POSTPONING CMC
CV-10-0998 EMC