United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID APPLESTEIN, *et al.*,

Plaintiffs,

v.

MEDIVATION, INC., *et al.*,

Defendants.

_______________________________________/

No. C10-0998 EMC

JUDGMENT IN A CIVIL CASE

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. **IT IS SO ORDERED AND ADJUDGED** pursuant to the **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT** filed on March 22, 2012, Judgment is entered against Plaintiffs. The Clerk of the Court is directed to close the file in this case.

Dated: March 22, 2012

FOR THE COURT,
Richard W. Wieking, Clerk

by: ______________________________
Betty Lee
Courtroom Deputy