UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 01 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DAVID APPLESTEIN; et al.,

        Plaintiffs,

and

CATOOSA FUND LP, individually and on behalf of all others similarly situated,

        Plaintiff - Appellant,

v.

MEDIVATION, INC.; et al.,

        Defendants - Appellees.

No. 12-15960

D.C. No. 3:10-cv-00998-EMC
U.S. District Court for Northern California, San Francisco

**MANDATE**

The judgment of this Court, entered March 07, 2014, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

        FOR THE COURT:
        Molly C. Dwyer
        Clerk of Court

        Rhonda Roberts
        Deputy Clerk